UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACYE BENARD WASHINGTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>E. STARK, et.al.,<br><br>　　　　Defendants. | Case No.: 1:18-cv-00564-LJO-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, AND DENYING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER<br><br>[ECF Nos. 7, 10] |

Plaintiff Tracye Benard Washington is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On May 16, 2018, the Magistrate Judge filed a Findings and Recommendation recommending that Plaintiff's motion for a temporary restraining order be denied. The Findings and Recommendation was served on Plaintiff and contained notice that objections were to be filed within thirty days. Plaintiff filed objections on May 31, 2018

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

1

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed on May 16, 2018, is adopted in full; and
2. Plaintiff's motion for a temporary restraining order is denied.

IT IS SO ORDERED.

Dated: **June 4, 2018**                    **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE