# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACYE BENARD WASHINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>E. STARK, et.al.,<br><br>    Defendants. | Case No.: 1:18-cv-00564-LJO-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR ORDER DIRECTING THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION TO CEASE DEDUCTING FILING FEES THAT ARE DUPLICATIVE<br><br>[ECF No. 22] |

Plaintiff Tracye Benard Washington is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On August 30, 2018, Plaintiff filed a motion seeking a court order directing the California Department of Corrections and Rehabilitation to cease deducting the filing fees for case number 1:18-cv-00609-JLT (PC), Washington v. Hicks, which he claims is duplicative of the instant action. To the extent Plaintiff contends case number 1:18-cv-00609-JLT (PC), is duplicative of the instant action, Plaintiff must seek relief in that action, and indeed a motion to dismiss that action is pending in that action. (1:18-cv-00609-JLT (PC), ECF No. 10.) Accordingly, Plaintiff's instant motion is denied.

IT IS SO ORDERED.

Dated: **September 12, 2018**

UNITED STATES MAGISTRATE JUDGE

1