# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACYE BENARD WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>E. STARK, et.al.,<br><br>Defendants. | Case No.: 1:18-cv-00564-LJO-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO FILE AMENDED COMPLAINT LODGED ON SEPTEMBER 27, 2018<br><br>[ECF No. 27] |

Plaintiff Tracye Benard Washington is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On June 26, 2018, the Court determined that this action shall proceed on Plaintiff's original complaint for excessive force claim against Defendants David Hicks and Hipolito Rocha, and all other claims and Defendants were dismissed from the action for failure to state a cognizable claim for relief. (ECF No. 16.) On September 21, 2018, the Court granted Defendants Hicks and Rocha request to extend the time to file a response which is currently due on or before October 8, 2018. (ECF No. 25.)

On September 27, 2018, Plaintiff submitted a first amended complaint which was lodged by the Court. (ECF No. 27.)

///

///

///

1

At this stage of the proceedings, Plaintiff may amend his complaint once as a matter of course. Fed. R. Civ. P. 15(a). In addition, the Court has reviewed the first amended complaint and the allegations are limited to the factual circumstances surrounding his claim of excessive force by Defendants Hicks and Rocha.

Accordingly, it is HEREBY ORDERED that the Clerk of Court is directed to file Plaintiff's first amended complaint lodged on September 27, 2018. (ECF No. 27.)

IT IS SO ORDERED.

Dated: **September 28, 2018**

UNITED STATES MAGISTRATE JUDGE