UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACYE BENARD WASHINGTON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>E. STARK, et.al.,<br><br>　　　　Defendants. | Case No.: 1:18-cv-00564-LJO-SAB (PC)<br><br>ORDER LIFTING STAY OF PROCEEDINGS<br><br>ORDER VACATING MARCH 5, 2019 SETTLEMENT CONFERENCE AND **AMENDED** DISCOVERY AND SCHEDULING ORDER |

Plaintiff Tracye Benard Washington is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's complaint against Defendants Hicks and Rocha for excessive force in violation of the Eighth Amendment.

On November 16, 2018, the Court identified this case as an appropriate case for the post-screening ADR (Alternative Dispute Resolution) project, and stayed the action to allow the parties an opportunity to settle their dispute before the discovery process begins. (ECF No. 33.) The Court's order granted Defendants time to investigate and determine whether to opt out of the post-screening ADR project.

On December 17, 2018, Defendants filed a declaration of counsel in support of a notice to opt out of the early settlement conference. (ECF No. 34.) After reviewing the request, the Court finds good cause to grant Defendants' request. Therefore, the stay is lifted, and the March 5, 2019, settlement conference is vacated. This case is now ready to proceed.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The stay of this action (ECF No. 33) is LIFTED;

2. The March 5, 2019, settlement conference is vacated and the scheduling order is amended as follows:

    a. The deadline for filing an exhaustion motion is **February 1, 2019;**

    b. The deadline for amending the pleadings is **April 1, 2019**;

    c. The deadline for completion of all discovery, including filing motions to compel, is **June 3, 2019**;

    d. The deadline for filing pretrial dispositive motions is **August 5, 2019**;

    e. All other provisions of the Court's October 9, 2018 discovery and scheduling order remain in full force and effect;

3. Defendant Hick's deadline to respond to Plaintiff's first set of requests for admission, requests for production of documents, and interrogatories is extended to **January 18, 2019**; and

4. Defendant Rocha's deadline to serve responses to Plaintiff's first set of requests for admissions is extended to **January 18, 2019**.

IT IS SO ORDERED.

Dated: **December 18, 2018**

                                                      UNITED STATES MAGISTRATE JUDGE